# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1796
_____

LLOYD D. SHANNON JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

September 18, 2019


PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lloyd D. Shannon Jr, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.